JOSHUA S. GOODMAN – State Bar #116576
jgoodman@gnhllp.com
ZACHARY S. TOLSON – State Bar #242824
ztolson@gnhllp.com
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

*******************************************

RICHARD J. STASKUS, ESQ. – State Bar # 72794
LAW OFFICES OF RICHARD J. STASKUS
12 South First Street, Suite 900
San Jose, CA 95113
Telephone: (408) 995-0800

Attorneys for Plaintiff
JUAN GALLARDO-RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JUAN GALLARDO-RODRIGUEZ, Plaintiff, vs. HOME DEPOT, U.S.A. INC.; and DOES 1-100, inclusive, Defendants. | Case No. 17-cv-03610-BLF<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING CASE** |
|---|---|

Plaintiff JUAN GALLARDO-RODRIGUEZ and Defendant HOME DEPOT U.S.A., INC. do hereby submit this Stipulated Request for Dismissal pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii). The parties have settled the matter and all terms of the settlement have been agreed upon and performed. This dismissal of Plaintiff's claims are with prejudice.

///

///

-1-
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING CASE

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 15, 2018  GOODMAN NEUMAN HAMILTON LLP

By: */s/ Zachary S. Tolson*
ZACHARY S. TOLSON
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

DATED: August 15, 2018  LAW OFFICES OF RICHARD J. STASKUS

By: */s/ Richard J. Staskus*
RICHARD J. STASKUS
Attorney for Plaintiff
JUAN GALLARDO-RODRIGUEZ

## **ORDER**

It is hereby ordered that the above-captioned case is dismissed, with prejudice, each party to bear its own costs. All case dates and deadlines are hereby vacated.

**IT IS SO ORDERED.**

DATED: _____, 2018

By: _____
BETH L. FREEMAN
United States District Judge

Goodman Neuman Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
Tel.: (415) 705-0400